UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION
219 S. DEARBORN ST., CHICAGO, IL 60604

IN RE:                              )    CHAPTER 7 PROCEEDING
TONYA HAMPTON                       )
                                    )    CASE NO. 08 B 18253
          DEBTOR                    )
                                    )    HON. CAROL A. DOYLE

### NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

   At: **U.S. Bankruptcy Court, 219 S. Dearborn, Courtroom 742, Chicago, IL 60604**

   On: **April 30, 2009**             Time: **10:30 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

   | | |
   |---|---|
   | Receipts | $36,000.00 |
   | Disbursements | $11,950.00 |
   | Net Cash Available for Distribution | $24,050.00 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

   | Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
   |---|---|---|---|
   | Allan J. DeMars, trustee | $ None | $2,443.12 | $ 34.24 |
   | Allan J. DeMars, attorney | $ None | $3,973.75 | |
   | Peter Bibler (Legal Assistance Foundation of Metropolitan Chicago) | $ 9,000.00 | $ None | |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

   | Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
   |---|---|---|---|
   | NONE | $ | $ | $ |

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be none.

7. Claims of general unsecured creditors totaling $3,872.68 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 100.00% plus interest and the debtor is anticipated to receive a distribution of the surplus in the approximate amount of $13,675.73.

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 1 | Com Ed | $3,003.00 | $3,042.14 |
| 2 | Roundup Funding LLC | 869.68 | 881.02 |
|  |  | $ 3,872.68 | $3,923.16 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

11. The Trustee proposes to abandon the following property at the hearing all of which is either subject to liens or has been claimed as exempt by the debtor: Household goods: $1,000.00; books, pictures $50.00; clothing: $400.00; claim against remaining defendants in state court law suit

Dated: **March 27, 2009**                                                                                   For the Court,

                                                                                        By: **KENNETH S. GARDNER**
                                                                                        Kenneth S. Gardner
                                                                                        Clerk of the U.S. Bankruptcy Court
                                                                                        219 So. Dearborn Street; 7th Floor
                                                                                        Chicago, IL 60604

Trustee:   Allan J. DeMars
Address:   100 W. Monroe - Suite 910
           Chicago, IL 60603
Phone No.: (312) 726-3377

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: amcc7                  Page 1 of 1                   Date Rcvd: Mar 27, 2009
Case: 08-18253                Form ID: pdf002              Total Served: 36

The following entities were served by first class mail on Mar 29, 2009.
db           +Tonya L Hampton,    614 N Laramie,    Chicago, IL 60644-1627
aty          +Chau T Nguyen,    Legal Helpers,    233 S Wacker Dr #5150,    Chicago, IL 60606-6371
aty          +Jason Blust,    Legal Helpers,    233 S. Wacker Dr.,    Suite 5150,    Chicago, IL 60606-6371
aty          +Peter A Bibler,    Legal Assistance Foundation,    3333 W Arthington,    Suite 151,
               Chicago, IL 60624-4279
tr           +Allan J DeMars,    Spiegel & Demars,    100 W Monroe St Ste 910,    Chicago, IL 60603-1957
12415529     +AT&T,   PO Box 8100,    Chicago, IL 60680-8100
12415528     +Aronson Furniture,    3401 W 47th St,    Chicago, IL 60632-2997
12415531     +CCA,   Attn: Bankruptcy,    700 Longwater Drive,    Norwell, MA 02061-1624
12415530     +Cap One,    Attn: C/O TSYS Debt Management,    Po Box 5155,    Norcross, GA 30091-5155
12415532     +City of Chicago Dep. of Water Man,    PO BOX 6330,    Chicago, IL 60680-6330
12415533     +Dependon Collection Se,    Attn: Bankruptcy,    Po Box 4833,    Oak Brook, IL 60522-4833
12415534     +First Bank And Trust/s,    Po Box 6000,    Brookings, SD 57006-6000
12415535     +First National Bank of Marin,    Customer Service,    Po Box 98873,    Las Vegas, NV 89193-8873
12415536     +First Premier Bank,    Po Box 5524,    Sioux Falls, SD 57117-5524
12415538     +Global Pay,    Attn: Bankruptcy,    Po Box 661158,    Chicago, IL 60666-1158
12415539     +Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
12415540     +Illinois Collection Se,    8231 W. 185th St. Ste. 100,    Tinley Park, IL 60487-9356
12415541     +Matrix Financel Sevice,    1 Corporate Dr Ste 360,    Lake Zurich, IL 60047-8945
12415542     +Matrix Fincl,    2133 W Peoria Ave,    Phoenix, AZ 85029-4928
12415543     +Med Busi Bur,    1460 Renaissance D,    Park Ridge, IL 60068-1331
12415544     +Midland Credit Mgmt,    8875 Aero Dr  Ste 200,    San Diego, CA 92123-2255
12415545     +Monterey Collection Sv,    4095 Avenida De La Plata,    Oceanside, CA 92056-5802
12415546     +Peoples Gas,    C/O Bankruptcy Department,    130 E. Randolph Drive,    Chicago, IL 60601-6302
12415547     +Presidio/cm,    Po Box 9201,    Old Beth Page, NY 11804-9001
12415548     +Professnl Acct Mgmt In,    Attn: Sabrina,    Po Box 391,    Milwaukee, WI 53201-0391
12415549      Riddle Assoc,    11778 S Election D,    Draper, UT 84020
12415550     +Spiegel,    Attn: Bankruptcy,    Po Box 9204,    Old Bethpage, NY 11804-9004
12415551     +Statewide Credit Association,    Po Box 781268,    Indianapolis, IN 46278-8268
12415552     +Tribute,    PO Box 105374,    Atlanta, GA 30348-5374
12415553     +United Collection Bureau,    Po Box 17460,    Denver, CO 80217-0460
12415554     +Wash Mutual/Providian,    Attn: Bankruptcy Dept,    Po Box 10467,    Greenville, SC 29603-0467
12415555     +Washington Mutual,    Attn: General Inquiries,    1201 3rd Ave,    Seattle, WA 98101-3029
12415556     +West Asset Management,    Attn: Bankruptcy,    Po Box 105478,    Atlanta, GA 30348-5478
The following entities were served by electronic transmission on Mar 28, 2009.
12415527     +E-mail/PDF: recoverybankruptcy@afninet.com Mar 28 2009 01:41:19       Afni, Inc.,
               Attn: DP Recovery Support,    Po Box 3427,    Bloomington, IL 61702-3427
12505831     +E-mail/Text: brandy.glashin@comed.com                            ComEd Company,
               Attn Revenue Management Dept,    2100 Swift Drive,    Oak Brook IL 60523-1559
12819929      E-mail/PDF: BNCEmails@blinellc.com Mar 28 2009 07:46:43       Roundup Funding, LLC,   MS 550,
               PO Box 91121,    Seattle, WA 98111-9221
                                                                                              TOTAL: 3

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12415537*    +First Premier Bank,    P.O. Box 5524,    Sioux Falls, SD 57117-5524
                                                                                              TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 29, 2009**           **Signature:**   _Joseph Speetjens_