# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: **TONYA L. HAMPTON** § Case No. **08-18253**
§
§
§
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ALLAN J. DeMARS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $0.00 | Assets Exempt: | $4,400.00 |
| Total Distributions to Claimants: | $3,932.27 | Claims Discharged Without Payment: | $18,369.54 |
| Total Expenses of Administration: | $15,451.11 | | |

3) Total gross receipts of $36,002.93 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $16,619.55 (see **Exhibit 2**), yielded net receipts of $19,383.38 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (4/1/2009)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $15,451.11 | $15,451.11 | $15,451.11 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $18,369.54 | $3,872.68 | $3,872.68 | $3,932.27 |
| **TOTAL DISBURSEMENTS** | $18,369.54 | $19,323.79 | $19,323.79 | $19,383.38 |

4) This case was originally filed under chapter __7__ on __07/16/2008__ [ *if applicable,* and it was converted to chapter 7 on _____ ]. The case was pending for __11__ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8** . The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9** .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: __06/10/2009__      By: __/s/ ALLAN J. DeMARS__
                                  Trustee

**STATEMENT** : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (4/1/2009)

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| proceeds of settlement of mortgage fraud case | 1249-000 | $36,000.00 |
| interest on invested funds | 1270-000 | $2.93 |
| **TOTAL GROSS RECEIPTS** | | **$36,002.93** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Tonya Hampton | exemption | 8100-002 | $2,950.00 |
| Tonya Hampton | surplus funds | 8200-002 | $13,669.55 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$16,619.55** |

### EXHIBIT 3 - SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | | | | |
| **TOTAL SECURED CLAIMS** | | $0.00 | $0.00 | $0.00 | $0.00 |

UST Form 101-7-TDR (4/1/2009)

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Legal Assistance Foundation of Metropolitan Chicago | 3210-600 | N/A | $9,000.00 | $9,000.00 | $9,000.00 |
| Allan J. DeMars | 2100-000 | N/A | $2,443.12 | $2,443.12 | $2,443.12 |
| Allan J. DeMars | 2200-000 | N/A | $34.24 | $34.24 | $34.24 |
| Allan J. DeMars | 3110-000 | N/A | $3,973.75 | $3,973.75 | $3,973.75 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | $15,451.11 | $15,451.11 | $15,451.11 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | | | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | $0.00 | $0.00 | $0.00 | $0.00 |

UST Form 101-7-TDR (4/1/2009)

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Afni Inc. | 7100-000 | $552.00 | $0.00 | $0.00 | $0.00 |
| Aronson Furniture | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| AT&T | 7100-000 | $411.76 | $0.00 | $0.00 | $0.00 |
| Cap One | 7100-900 | $514.00 | $0.00 | $0.00 | $0.00 |
| Cap One | 7100-900 | $380.00 | $0.00 | $0.00 | $0.00 |
| CCA | 7100-000 | $492.00 | $0.00 | $0.00 | $0.00 |
| City of Chicago | 7100-000 | $537.19 | $0.00 | $0.00 | $0.00 |
| First Bank & Trust | 7100-900 | $0.00 | $0.00 | $0.00 | $0.00 |
| First National Bank of Marin | 7100-900 | $0.00 | $0.00 | $0.00 | $0.00 |
| First Premier Bank | 7100-900 | $374.00 | $0.00 | $0.00 | $0.00 |
| Global Pay | 7100-000 | $82.00 | $0.00 | $0.00 | $0.00 |
| HSBC Bank | 7100-900 | $0.00 | $0.00 | $0.00 | $0.00 |
| Illinois Collection Service | 7100-000 | $1,269.00 | $0.00 | $0.00 | $0.00 |
| Matrix Financial Service | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Med Business Bureau | 7100-000 | $398.00 | $0.00 | $0.00 | $0.00 |
| Midland Credit Mgmt | 7100-900 | $3,809.00 | $0.00 | $0.00 | $0.00 |
| Midland Credit Mgmt | 7100-900 | $851.00 | $0.00 | $0.00 | $0.00 |
| Monterey Collection Service | 7100-000 | $814.00 | $0.00 | $0.00 | $0.00 |
| Peoples Gas | 7100-000 | $1,730.00 | $0.00 | $0.00 | $0.00 |
| .Presidio | 7100-900 | $0.00 | $0.00 | $0.00 | $0.00 |
| Professional Acct. Mgmt | 7100-000 | $3,419.00 | $0.00 | $0.00 | $0.00 |
| Riddle Assoc. | 7100-000 | $859.00 | $0.00 | $0.00 | $0.00 |
| Spiegel | 7100-900 | $0.00 | $0.00 | $0.00 | $0.00 |
| Statewide Credit Assoc | 7100-900 | $125.00 | $0.00 | $0.00 | $0.00 |
| Statewide Credit Assoc | 7100-900 | $82.00 | $0.00 | $0.00 | $0.00 |
| Tribute | 7100-000 | $489.59 | $0.00 | $0.00 | $0.00 |
| United Collection Bureau | 7100-000 | $569.00 | $0.00 | $0.00 | $0.00 |

UST Form 101-7-TDR (4/1/2009)

| | | | | | |
|---|---|---|---|---|---|
| | United Collection Bureau | 7100-000 | $235.00 | $0.00 | $0.00 | $0.00 |
| | Wash Mutual/Providian | 7100-900 | $300.00 | $0.00 | $0.00 | $0.00 |
| | West Asset Mgmt | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Westside Pathology Assoc | 7100-000 | $77.00 | $0.00 | $0.00 | $0.00 |
| | Com Ed | 7100-000 | $0.00 | $3,003.00 | $3,003.00 | $3,049.21 |
| | Roundup Funding | 7100-900 | $0.00 | $869.68 | $869.98 | $883.06 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $18,369.54 | $3,872.68 | $3,872.68 | $3,932.27 |

UST Form 101-7-TDR (4/1/2009)

# EXHIBIT 8 - FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Case No.: 08-18253  
Case Name: TONYA HAMPTON  
For Period Ending: 12/31/09  

Trustee Name: Allan J. DeMars  
Date Filed (f) or Converted (c): 7/16/08 (F)  
§341(a) Meeting Date: 8/13/08  
Claims Bar Date: 1/15/09  

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§ 554(a) abandon DA=§ 554(c) abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | checking account | 0.00 | 0.00 | DA | | FA |
| 2 | household goods | 1,000.00 | 0.00 | DA | | FA |
| 3 | books, pictures | 50.00 | 0.00 | DA | | FA |
| 4 | clothings | 400.00 | 0.00 | DA | | FA |
| 5 | mortgage fraud lawsuit (u) | 2,950.00 | 27,000.00 | | 36,000.00 | FA |
| 6 | interest on invested funds | | | | 2.93 | |

TOTALS (Excluding unknown values)   27,000.00   36,002.93

(Total Dollar Amount in Column 6)

Major activities affecting case closing: Lawsuit for mortgage fraud in Circuit Court of Cook County (07 CH 01412) was settled.

Initial Projected Date of Final Report (TFR): September, 2009   Current Projected Date of Final Report (TFR): March 17, 2009

EXHIBIT 9 - **FORM 2**
**CASH RECEIPTS AND DISBURSEMENT RECORDS**

Case No.: 08-18253
Case Name: TONYA HAMPTON
Taxpayer ID#: 26-6764414
For Period Ending: 12/31/09

Trustee's Name: Allan J. DeMars
Bank Name: Bank of America
Initial CD #: CDI
Blanket bond (per case limit): 5,000,000
Separate bond (if applicable):
Money Market #: 375 555 2240

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid to/ Received from | Description of Transaction | Uniform Transaction Code | Deposit $ | Disbursement $ | Money Market Balance |
| BALANCE CARRIED FORWARD | | | | | | | 0.00 |
| 3/12/09 | Ref 5 | Stewart Title | settlement proceeds re mortgage fraud case | 1249-000 | 36,000.00 | | 36,000.00 |
| 3/17/09 | Check 1001 | Legal Assistance Foundation of Metropolitan Chicago | special counsel's fees per Order 3/10/09 | 3210-600 | | 9,000.00 | 27,000.00 |
| 3/17/07 | Check 1002 | Tonya Hampton | exemption in suit proceeds | 8100-002 | | 2,950.00 | 24,050.00 |
| 3/31/09 | Ref 6 | Bank of America | interest on invested funds | 1270-000 | 1.41 | | 24,051.41 |
| 4/24/09 | Ref 6 | Bank of America | interest on invested funds | 1270-000 | 1.52 | | 24,052.93 |
| 4/30/09 | Check 1003 | Allan J. DeMars | trustee fees | 2100-000 | | 2,443.12 | 21,609.81 |
| 4/30/09 | Check 1004 | Allan J. DeMars | reimbursement of expenses | 2200-000 | | 34.24 | 21,575.57 |
| 4/30/09 | Check 1005 | Allan J. DeMars | attorney's fees | 3110-000 | | 3,973.75 | 17,601.82 |
| 4/30/09 | Check 1006 | Com Ed | 726(a)(2); 100% | 7100-000 | | 3,003.00 | 14,598.82 |
| 4/30/09 | Check 1007 | Roundup Funding LLC | 726(a)(2); 100% | 7100-900 | | 869.68 | 13,729.14 |
| 4/30/09 | Check 1008 | Com Ed | 726(a)(5); interest on claim | 7990-000 | | 46.21 | 13,682.93 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid to/ Received from | Description of Transaction | Uniform Transaction Code | Deposit $ | Disbursement $ | Money Market Balance |
| 4/30/09 | Check 1009 | Roundup Funding | 726(a)(5); interest on claim | 7990-000 |  | 13.38 | 13,669.55 |
| 4/30/09 | Check 1010 | Tonya Hampton | surplus to debtor | 8200-002 |  | 13,669.55 | 0.00 |

```
                            COLUMN TOTALS        36,002.93    36,002.93           0.00
                      Less: Payments to debtor(s) 16,619.55    16,619.55
                                             Net 19,383.38    19,383.38           0.00

                                                                   NET
                                                NET DEPOSITS   DISBURSEMENTS    BALANCES

TOTAL - ALL ACCOUNTS
Checking#
Money Market # 375 555 2240                                                        0.00
Savings #
CD #CDI                                                                            0.00
Net                                              19,383.38      19,383.38
                                             Excludes account  Excludes payments  Total Funds
                                               transfers         to debtor         on Hand
```